# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| American Health Foundation d/b/a Willow Gardens Care Center, as authorized representative of two individuals,<br><br>Plaintiff,<br><br>vs.<br><br>Jerry R. Foxhoven, in his official capacity as the Director of the Iowa Department of Human Services,<br><br>Defendant. | No. 1:16-CV-00168-LRR<br><br>JOINT STIPULATION TO VOLUNTARILY DISMISS |

_____

## JOINT STIPULATION TO VOLUNTARILY DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, by their respective attorneys, hereby stipulate to the dismissal, without prejudice, of all claims and counter-claims against all parties in the above-captioned matter.

Respectfully submitted,

/s/ Katie Z. Van Lake
Sb2, Inc.
Katie Van Lake
IL ARDC# 6292120
1426 N. 3rd Street, Suite 200
P. O. Box 5400
Harrisburg, PA 17110
Phone: (516) 509-1289
Facsimile: (717) 909-5925
Email: kvanlake@sb2inc.com

ATTORNEY FOR PLAINTIFF,
AMERICAN HEALTH FOUNDATION,
As Authorized Representative of Two Individuals

**THOMAS J. MILLER**
Attorney General of Iowa


*/s/ Matthew K. Gillespie*

**MATTHEW K. GILLESPIE**
**AT0013513**
Assistant Attorney General
Iowa Department of Justice
1305 E. Walnut St., Second Floor
Des Moines, IA 50319-0109
e: Matthew.Gillespie@ag.iowa.gov
t: (515) 281-4672/f: (515) 281-7219
ATTORNEY FOR DEFENDANT,
JERRY R. FOXHOVEN, in his official capacity as the Director of the Iowa Department of Human Services


**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of a copy of same by CM/ECF on this 20th day of December 2017.


Respectfully submitted,

/s/ Katie Z. Van Lake
Sb2, Inc.
Katie Van Lake
IL ARDC# 6292120
1426 N. 3rd Street, Suite 200
P. O. Box 5400
Harrisburg, PA 17110
Phone: (516) 509-1289
Facsimile: (717) 909-5925
Email: kvanlake@sb2inc.com

2