# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| AMERICAN HEALTH FOUNDATION, <br><br> Plaintiff, <br><br> vs. <br><br> IOWA DEPARTMENT OF HUMAN SERVICES and JERRY R. FOXHOVEN, Director, <br><br> Defendants. | No. 16-CV-168-LRR <br><br> **ORDER** |
| IOWA DEPARTMENT OF HUMAN SERVICES and JERRY R. FOXHOVEN, Director, <br><br> Counter Claimants, <br><br> vs. <br><br> AMERICAN HEALTH FOUNDATION, <br><br> Counter Defendant. | |

_____

The matter before the court is the parties' joint "Stipulation to Voluntarily Dismiss" ("Dismissal") (docket no. 71), which the parties filed on December 20, 2017. In the Dismissal, the parties "stipulate to the dismissal, without prejudice, of all claims and counter-claims against all parties." Dismissal at 1. Accordingly, the Dismissal is **GRANTED**. *See generally* Fed. R. Civ. P. 41. The Amended Complaint (docket no. 32) and Counterclaims, *see* Answer (docket no. 37) at 22-27, are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE**.

    **IT IS SO ORDERED.**

**DATED** this 2nd day of January, 2018.

*[Signature]*
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA